**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA         CRIMINAL NO.: 5:10-cr-00374-01

VERSUS         JUDGE S. MAURICE HICKS

EDOZIE OKEREKE         MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Before this Court is Defendant Edoze Okereke's ("Okereke") Motion to Strike Surplusage in Indictment and to Provide Bill of Particulars (Record Document 51). This motion is opposed by the Government. (Record Document 52).

Taking first Okereke's Motion to Strike Surplusage in Indictment, "[a] district court may strike language as surplusage on the ground that such material is unduly prejudicial if the language serve[s] only to inflame the jury, confuse[s] the issues, and blur[s] the elements necessary for conviction[.] Moreover, a court may strike as surplusage any [i]ndirect expressions, implied allegations, argumentative statements, and uncertainty due to generalizations in language[.]" United States v. Prejean, 429 F.Supp.2d 782, 796 (E.D. La. 2006) (citations omitted).Okereke fails to show the Court what particular portions of the indictment are unduly prejudicial. Therefore, the motion to strike is not warranted in this case.

Next the Court will address the Motion to Provide Bill of Particulars. "The decision of whether or not to grant a bill of particulars rests within the sound discretion of the district court." United States v. Bortnovsky, 820 F.2d 572, 574 (2nd Cir. 1987). "Generally, if the information sought by defendant is provided in the indictment or in some acceptable alternate form, no bill of particulars is required." See id. "[A] bill of particulars is not required

when the information a defendant needs to prepare his defense is available through some other satisfactory form, such as discovery." United States v. Hernandez, 330 F.3d 964, 975 (7th Cir. 2003). Based on the showing made by Okereke, the Court agrees with the government that "[a] review of the Indictment coupled with the extensive discovery made available establishes that a bill of particulars is unwarranted and would be superfluous." (Record Document 52).

Accordingly,

**IT IS ORDERED** that Defendant Edoze Okereke's ("Okereke") Motion to Strike Surplusage in Indictment and to Provide Bill of Particulars (Record Document 51) be and hereby is **DENIED**.

**THUS DONE AND SIGNED** in chambers this 21st day of November, 2011 in Shreveport, Louisiana.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE